# RICHARD PALMA
ATTORNEY AT LAW
122 EAST 42 STREET- SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**  TEL. (212) 686-8111
**NEW YORK & FLORIDA**  FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

January 15, 2020

**ECF FILED**

Honorable Vernon S. Broderick
United States District Judge
U.S. District Court for S.D.N.Y.
40 Foley Square
New York, N.Y. 10007

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J.
>
> Sentencing in this matter is hereby adjourned to March 6, 2020 at 2:30 p.m.
>
> 1/21/2020

**Re:   U.S. v. Pickney, et al., including Jamal Perez, 19 Cr. 12 (VSB)
Defense request an adjournment of the January 29th Sentencing Hearing to the week of March 2nd.**

Dear Judge Broderick:

As Mr. Jamal Perez's court assigned counsel, I respectfully request that the January 29th sentencing hearing be continued to the week of March 2nd. Mindful of Your Honor's individual rules require defense sentencing memorandum filed two weeks in advance of sentencing, I bring to the Court's attention that the final PSR is still pending. It is my practice to review the final report with the client before drafting and filing a submission to the court. In anticipation that the report will be available in the next several weeks, and considering my travel schedule in the month of February, I request that the matter be reset for the first week of March. This adjournment will enable me to review it with Mr. Perez and submit a submission on his behalf on a timely basis.

For these reasons, I make this request. Your Honor's consideration of this request is much appreciated. If there are any questions I am available immediately by cellular phone number (917) 751-5754.

Thank you.

Respectfully submitted,
s/Richard Palma
Richard Palma (Bar No. rp 4441)