# RICHARD PALMA
ATTORNEY AT LAW
11 PARK PLACE - SUITE 1715
NEW YORK, NEW YORK 10007

**MEMBER OF THE BAR**
**NEW YORK & FLORIDA**

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

February 3, 2021

**ECF filed**

**APPLICATION GRANTED**
**SO ORDERED** [signature]
**VERNON S. BRODERICK**
**U.S.D.J.**  2/8/2021

Honorable Vernon S. Broderick
United States District Judge
U.S. District Court for S.D.N.Y.
40 Foley Square
New York, N.Y. 10007

   **Re:** **U.S. v. Pickney, et al., including Jamal Perez, 19 Cr. 12 (VSB)**
      **Defense Request for Order Authorizing Release of Jamal Perez's U.S.**
      **Passport from U.S. Pretrial Services' Custody.**

Dear Judge Broderick:

  As Your Honor may recall, Mr. Jamal Perez was sentenced to Time Served and 5-years Supervised Release on or about April 16, 2020. We respectfully request an order authorizing the release of his passport from the custody of U.S. Pretrial Services.

  For these reasons, I make this request. I am available to Your Honor should the Court have questions about this matter. My cellular phone number is (917) 751-5754.

  Thank you.

            Respectfully submitted,

            s/Richard Palma

            Richard Palma