# RICHARD PALMA
ATTORNEY AT LAW
11 PARK PLACE - SUITE 1715
NEW YORK, NEW YORK 10007

**MEMBER OF THE BAR**  
**NEW YORK & FLORIDA**

TEL. (212) 686-8111  
FAX. (212) 202-7800  
E-MAIL: rpalma177@gmail.com

March 8, 2021

**ECF filed**

Honorable Vernon S. Broderick  
United States District Judge  
U.S. District Court for S.D.N.Y.  
40 Foley Square  
New York, N.Y. 10007

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 3/9/2021

**Re:    U.S. v. Pickney, et al., including Jamal Perez, 19 Cr. 12 (VSB)**
**Defense Request for Order Authorizing Jamal Perez to Travel Overseas for Family Vacation from April 15 – 19, 2021.**

Dear Judge Broderick:

With no opposition by U.S. Pretrial Services, Mr. Jamal Perez respectfully requests permission to travel to Cancun, Mexico with his family. They will be travelling on April 15 and returning on April 19. During this time, they will be lodging at the Dream Hotel. Mr. Perez was instructed by his USPO not to book the flight until it was approved by Your Honor.

If there are any questions I am available immediately by cellular phone, (917) 751-5754.

Thank you.

> Respectfully submitted,
>
> s/Richard Palma
>
> Richard Palma