# RICHARD PALMA
ATTORNEY AT LAW
11 PARK PLACE - SUITE 1715
NEW YORK, NEW YORK 10007

**MEMBER OF THE BAR**
**NEW YORK & FLORIDA**

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

June 18, 2021

**ECF filed**

Honorable Vernon S. Broderick
United States District Judge
U.S. District Court for S.D.N.Y.
40 Foley Square
New York, N.Y. 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 6/28/2021

**Re:** **U.S. v. Pickney, et al., including Jamal Perez, 19 Cr. 12 (VSB)**
**Defense Request for Order Authorizing Jamal Perez to Travel Overseas for Vacation with his family from July 15 – 19, 2021.**

Dear Judge Broderick:

With no opposition by U.S. Pretrial Services, Mr. Jamal Perez respectfully requests permission to travel to Nassau, Bahamas with his family. They will be travelling on July 15 and returning on July 19. During this time, they will be lodging at The Atlantis Hotel. Mr. Perez was instructed by his USPO not to book the flight until it was approved by Your Honor.

If there are any questions I am available immediately by cellular phone, (917) 751-5754.

Thank you.

Respectfully submitted,

s/Richard Palma

Richard Palma